# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

| | |
|---|---|
| STANDARD PROCESS INC., | : |
| | : Case No: 17-CV-909 |
| Plaintiff, | : |
| | : |
| v. | : JUDGE JAMES D. PETERSON |
| | : |
| KDEALZ LTD. CO., and JOHN DOES 1-100, individually or as corporate/business entities, | : |
| | : |
| Defendants. | : |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Standard Process Inc. and Defendant KDealz Ltd. Co. hereby stipulate to the voluntary dismissal with prejudice of all claims in this action. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted,

/s/ Ann M. Maher
Ann M. Maher
Husch Blackwell LLP
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
Telephone: 414-978-5410
Facsimile: 414-223-5000
Email: ann.maher@huschblackwell.com

*Counsel for Plaintiff Standard Process Inc.*

/s/ Amy Sullivan Cahill (per authorization)
Amy Sullivan Cahill
Cahill IP, LLC
6013 Brownsboro Park Blvd.
Louisville, KY 40207

Anthony Tomaselli
Anita Marie Boor
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703

*Counsel for Defendant KDealz, Ltd. Co.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2018, the foregoing was filed with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to the following:

Amy Sullivan Cahill
Cahill IP, LLC
6013 Brownsboro Park Blvd.
Louisville, KY 40207

AnthonyTomaselli
Anita Marie Boor
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703

*Counsel for Defendant KDealz, Ltd. Co.*

                                                             */s/* Ann M. Maher
                                                             Ann M. Maher